

NOV 10 2009
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CURRY JAMES WILLIAMS,<br><br>　　　　Defendant. | Case No. 04 CR 677 - GHK<br><br>ORDER OF DETENTION AFTER HEARING [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. § 3143 (a)] |

　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the  Central District CAl  for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1 (a)(6) and 18 U.S.C. § 3143 (a),

　　The Court finds that:

A.　(✓)　The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142 (b) or (c). This finding is based on  • UNKNOWN BACKGROUND INFO.
• UNKNOWN BAIL RESOURCES

1

1  • CONDUCT WHILE ON SUPERVISED

3  and/or

4  B.  (✓)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142 (b) or (c).  This finding is based on:  • CRIMINAL BACKGROUND
   • ALLEGED OFFENSE

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

DATED:  DB 11/10/09

DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE